# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

v.          NO. 4:03CR00120-02 JLH

ANTHONY LASHELL EDWARDS          DEFENDANT

## ORDER

Pending before the Court is the government's motion for revocation of defendant Anthony Lashell Edwards' supervised release. Document #71. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, MAY 6, 2014, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **ANTHONY LASHELL EDWARDS** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Latrece Gray is hereby appointed to represent defendant during revocation proceedings.[1]

IT IS SO ORDERED this 10th day of April, 2014.

                                 _____
                                 J. LEON HOLMES
                                 UNITED STATES DISTRICT JUDGE

---

[1] The motion for substitution of counsel is moot. Document #72.