Case 4:03-cr-00120-JLH  Document 79  Filed 04/16/14  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 4:03CR00120-02 JLH

ANTHONY LASHELL EDWARDS                                                     DEFENDANT

### ORDER

Pending before the Court is defendant's Unopposed Motion for Continuance of the supervised release revocation hearing currently set for May 6, 2014. Good cause having been shown, the motion is GRANTED. Docket #74. The hearing on the pending motion to revoke supervised release of defendant Anthony Lashell Edwards is hereby rescheduled for **WEDNESDAY, MAY 7, 2014, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Docket #71.

IT IS SO ORDERED this 16th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE