**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:03CR00120-02 JLH

ANTHONY LASHELL EDWARDS                                                                   DEFENDANT

**ORDER**

Court convened for a hearing on Wednesday, May 7, 2014, to address the pending superseding motion to revoke supervised release of defendant Anthony Lashell Edwards. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney Assistant Federal Public Defender Latrece Gray. United States Probation Officers Jason Stewart and Emilienne Ngampa were also present.

Upon inquiry from the Court, the defendant did not contest the allegations concerning alcohol consumption on April 22, 2013, and May 16, 2013. The government moved to dismiss the allegation related to possession of ammunition in his home. Following witness testimony, the Court found that the remaining allegations in the motion to revoke occurred. After hearing statements from counsel and the defendant, the Court determined that the superseding motion to revoke should be DENIED, and instead modified the defendant's current conditions of supervised release. Document #80.

IT IS THEREFORE ORDERED that defendant Anthony Lashell Edwards' conditions of supervised release are hereby modified to include the following:

- The defendant will be placed in a community confinement facility for a term of six (6) months.

All conditions of supervised release, including electronic monitoring, will continue to remain in place until defendant reports to the designated community confinement facility.

IT IS SO ORDERED this 7th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE