### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                NO. 4:03CR00120-02 JLH

ANTHONY LASHELL EDWARDS                                DEFENDANT

### ORDER

Court convened for the scheduled hearing on the government's motion to revoke supervised release of defendant Anthony Lashell Edwards on November 6, 2014. Assistant United States Attorney Jana Harris was present for the government. Assistant Federal Public Defender Latrece Gray and United States Probation Officer Brian Drewry were also present. The defendant failed to appear despite being served with a summons.

The hearing on the government's motion to revoke supervised release is hereby rescheduled to begin on **FRIDAY, NOVEMBER 14, 2014, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously imposed should not be revoked. Document #87.

IT IS SO ORDERED this 7th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE